UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN S. GOLD<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIELS LAW OFFICES, P.C. and<br>HOUSEHOLD BANK (SB), N.A.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-12409 NG |

## MOTION ON CONSENT FOR ENTRY OF STIPULATED EXTENSION OF TIME FOR DEFENDANT HOUSEHOLD BANK (SB) N.A. TO FILE A RESPONSIVE PLEADING

Defendant Household Bank (SB), N.A. ("Household"), with the consent of plaintiff Steven S. Gold ("Plaintiff"), hereby moves for an order extending the time within which Household may file a responsive pleading to Plaintiff's Complaint, up to and including January 31, 2005, as agreed to by Plaintiff's counsel. As grounds for this motion, Household states as follows:

1. Counsel for Household in this matter are scheduled to be on trial and in arbitration on various matters in December 2004 and January 2005. Further scheduling difficulties arise in connection with the winter holidays.

2. The claims in this case raise issues of fact and law that must be investigated and researched by counsel.

3. The relief requested herein is necessary to afford Household's counsel adequate time to address the issues raised in the Complaint.

4. Pursuant to Local Rule 7.1, counsel to Household and Plaintiff have conferred regarding this motion. During a telephone conference on December 6, 2004,

LITDOCS:579686.1

-2-

Todd Gordon, counsel to Plaintiff, stated to Rheba Rutkowski, counsel to Household, that he assents to the relief requested herein.

WHEREFORE, Household Bank (SB), N.A. respectfully requests that the Court:

(1) ALLOW this Motion on Consent for Entry of Stipulated Extension of Time for Defendant Household Bank (SB) N.A.;

(2) enter an Order extending, up to and including January 31, 2005, the deadline for Household to file a responsive pleading; and

(3) award any such other and further relief as the Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| STEVEN S. GOLD | HOUSEHOLD BANK (SB), N.A. |
| By his attorneys, | By its attorneys, |
| */s/ Todd Gordon* | */s/ Rheba Rutkowski* |
| Stephen F. Gordon, BBO# 203600 | Joseph L. Kociubes, BBO# 276360 |
| Todd Gordon, BBO# 652482 | Rheba Rutkowski, BBO# 632799 |
| GORDON HALEY LLP | BINGHAM MCCUTCHEN LLP |
| 101 Federal Street | 150 Federal Street |
| Boston, MA 02110 | Boston, Massachusetts 02110 |
| (617) 261-0100 | (617) 951-8000 |

Dated: December 6, 2004

### CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that on December 6, 2004, a true copy of the above document was served by first-class mail upon Todd Gordon of Gordon Haley LLP, 101 Federal Street, Boston, MA 02110, and Philip J. Hendel, Hendel & Collins, P.C., 101 State Street, Springfield, MA 01103.

_____
Rheba Rutkowski

LITDOCS:579686.1