AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Steven S. Gold and All Others Similarly Situated,

V.

Daniels Law Offices, P.C. and Household Bank (SB), N.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 - 12409 NG**

A TRUE COPY ATTEST

BY _David G. BeDugnis, Sr._
Constable of Boston

TO: (Name and address of Defendant)

Daniels Law Office, P.C.
One Center Plaza
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Todd B. Gordon, Esquire
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 1 2 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | NOVEMBER 17, 2004 at 12:45 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO DEBORAH GAUDREA, RECEPTIONIST, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT DANIELS LAW OFFICES, P.C., ONE CENTER PLAZA, SUITE 100, BOSTON, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $21.00 | $25.00 | $46.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOV 17 2004
Date          Signature of Server

DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

*Handwritten margin notes:* DANIELS LAW OFFICES, P.C., BOS. ONE CENTER PLAZA 11/17/04 12:45pm Suite 100

X Deborah Gaudrea - Receptionist



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.