AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Steven S. Gold and All Others Similarly Situated,

V.

Daniels Law Office, P.C. and Household Bank (SB), N.A.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12409 NG

TO: (Name and address of Defendant)

HSBC Bank USA formerly Household Bank (SB), N.A.
c/o CT Corporation System, its Registered Agent
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Todd B. Gordon, Esquire
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  NOV 1 2 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE November 17, 2004 |
| NAME OF SERVER (PRINT) Donna M. Derochers | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: c/o CT Corporation Systems, 101 Federal St., Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Yvette Concepcion, Receptionist

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-17-04
Date

Signature of Server

67 Circuit St., Halifax MA 02338
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.