UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-12409 NG

| | |
|---|---|
| Steven S. Gold <br> and all others similarly situated, <br>     Plaintiffs, <br><br> v. <br><br> DANIELS LAW OFFICES, P.C. and <br> HOUSEHOLD BANK (SB), N.A., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT DANIELS LAW OFFICES, P.C. TO FILE A RESPONSIVE PLEADING

Defendant Daniels Law Office, P.C. ("Daniels"), with the assent of plaintiff Steven S. Gold ("plaintiff"), hereby moves this Court for an order extending the time within which Daniels may file a responsive pleading to plaintiff's Complaint up to and including January 31, 2005 as agreed to by plaintiff's counsel. As grounds for this motion Daniels states as follows:

1. The claims in this case raise issues of fact and law that must be researched by counsel.

2. The relief requested herein is necessary to afford Daniels's counsel adequate time to address the issues raised in the Complaint.

3. Pursuant to Local Rule 7.1 counsel to Daniels and plaintiff have conferred regarding this motion. During a telephone conference on December 17, 2004 Todd Gordon, counsel to plaintiff, stated to Joseph S. Berman, counsel to Daniels, that he assents to relief request herein.

4. The other defendant, Household Bank (SB). N.A., has previously been granted

an extension to file a responsive pleading to the same date, January 31, 2005 upon assented to motion.

WHEREFORE, Daniels Law Offices, P.C. respectfully requests that the Court: enter an Order extending, up to and including January 31, 2005, the deadline for Daniels to file a responsive pleading.

Respectfully Submitted

| Steven S. Gold | DANIELS LAW OFFICES, P.C. |
| --- | --- |
| by his attorneys, | By its attorney, |
| __/s/_____ | _____/s/_____ |
| Stephen F. Gordon, BBO # 2036000 | Joseph S. Berman, BBO # 566006 |
| Todd Gordon, BBO # 652482 | Berman & Dowell |
| Gordon Haley LLP | 210 Commercial Street |
| 101 Federal Street | 5th Floor |
| Boston, MA 02110 | Boston, MA 02109 |
| 617-261-0100 | 617-723-9911 |

CERTIFICATE OF SERVICE

I, Joseph S. Berman, hereby certify that on the 17th day of December, 2004, a true copy of the above document was filed by electronic means at the United States District Court for the District of Massachusetts, which will sent notification to the following: Todd Gordon, Gordon Haley, LLP, 101 Federal Street, Boston, MA 02110, Philip J. Hendel, Hendel & Collins, P.C. 101 State Street, Springfield, MA 01103, and Gabrielle Wolohojian, Esq., Wilmer, Cutler, Pickering, Hale & Dorr, 60 State Street, Boston, MA 02109.

_____/s/_____
Joseph S. Berman