UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN S. GOLD and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>DANIELS LAW OFFICES, P.C. and HOUSEHOLD BANK (SB), N.A.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-12409-NG |

**<u>NOTICE OF APPEARANCE FOR HOUSEHOLD BANK</u>**

Please enter our appearance on behalf of the defendant Household Bank (SB), N.A. as successor counsel to Bingham McCutchen LLP.

/s/ Gabrielle R. Wolohojian
Gabrielle R. Wolohojian (BBO #555704)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Date:  January 4, 2005

US1DOCS 4908164v1