UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN S. GOLD<br>and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIELS LAW OFFICES, P.C. and<br>HOUSEHOLD BANK (SB), N.A.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-12409 NG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Joseph L. Kociubes, Rheba Rutkowski, and the firm of Bingham McCutchen LLP as counsel for defendant Household Bank (SB), N.A. Upon information and belief, the firm of Wilmer, Cutler, Pickering, Hale & Dorr has entered an appearance as successor counsel for Household Bank (SB), N.A.

Respectfully submitted,

Dated: January 3, 2005

_____
Joseph L. Kociubes, BBO# 276360
Rheba Rutkowski, BBO# 632799
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, Massachusetts 02110
(617) 951-8000

LITDOCS/582922.1

-2-

## CERTIFICATE OF SERVICE

I, Rheba Rutkowski, hereby certify that on January 3, 2005, a true copy of the above document was served by first-class mail upon Todd Gordon, Gordon Haley LLP, 101 Federal Street, Boston, MA 02110, Philip J. Hendel, Hendel & Collins, P.C., 101 State Street, Springfield, MA 01103, and Gabrielle Wolohojian, Wilmer, Cutler, Pickering, Hale & Dorr, 60 State Street, Boston, MA 02109.

_____
Rheba Rutkowski