UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 04-12409 NG

_____
Steven S. Gold                                              )
and all others similarly situated,                  )
        Plaintiffs,                                         )
                                                                    )
v.                                                                  )
                                                                    )
DANIELS LAW OFFICES, P.C. and            )
HOUSEHOLD BANK (SB), N.A.,                 )
        Defendants.                                      )
_____)


**DEFENDANT, DANIELS LAW OFFICES, P.C., MOTION TO STAY CLAIMS PENDING ARBITRATION**

     The defendant, Daniels Law Offices, P.C. ("Daniels"), moves this Court for an order staying all of the plaintiff's claims against Daniels and requiring the plaintiff to proceed by arbitration instead of litigation. As set forth more fully in the accompanying Memorandum of Law and the Motion and Memorandum of Law submitted by the co-defendant, Household Bank (SB), N.A. ("Household"), this matter arises out of the collection of an outstanding debt owed by the plaintiff, Steven S. Gold ("plaintiff"). Daniels, a Boston law firm, was engaged as Household's attorney in the collection of this debt. Pursuant to an arbitration provision in the underlying agreement between the plaintiff and Household, both Household and Daniels, as Household's agent, are entitled to compel the plaintiff to submit his claims against them to arbitration.

     WHEREFORE, for all of the foregoing reasons and for the reasons set forth in the

accompanying Memorandum of Law and Household's Memorandum of Law, the defendant, Daniels Law Offices, P.C., requests this Court enter an order staying all of the plaintiff's claims against it and requiring the plaintiff to proceed by arbitration.

### Certification Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule (D. Mass.) 7.1(A)(2), undersigned counsel certifies that on January 31, 2005, he conferred with the plaintiff's counsel in a good faith effort to resolve or narrow the issues presented by this motion, but has been unable to do so.

>Respectfully submitted
>DANIELS LAW OFFICES, P.C.
>By its attorneys,
>
>/s/ Joseph S. Berman
>_____
>Joseph S. Berman, BBO No. 566006
>BERMAN & DOWELL
>210 Commercial Street
>Boston, MA 02109
>(617) 723-9911

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2005, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to the following, to: Philip J. Hendel, Esq., Hendel & Collins, P.C., 101 State Street, Springfield, MA 01103; Stephen F. Gordon, Esq., Gordon Haley LLP, 101 Federal Street, Boston, MA 02110; Christopher R. Lipsett, Esq. Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022, and Gabrielle Wolohojian, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109.

>/s/ Joseph S. Berman
>_____
>Joseph S. Berman