# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STEVEN S. GOLD, And All Others
Similarly Situated,

     Plaintiffs,

v.

DANIELS LAW OFFICES, P.C. and
HOUSEHOLD BANK (SB), N.A.,

     Defendants.

Civil Action No. 04-CV-12409

## DEFENDANT HOUSEHOLD BANK (SB), N.A.'S MOTION FOR STAY OF PROCEEDINGS
## IN FAVOR OF ARBITRATION

Household Bank (SB), N.A. ("Household Bank") hereby moves, pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, for a stay of proceedings in favor of arbitration. The grounds for this motion, as more fully set forth in the accompanying declaration of Jory V. Berdan, and accompanying memorandum of law, are as follows:

(a)  Plaintiff's claim in this action relates to the collection of a credit card account

    Plaintiff entered into with Household Bank.

(b)  Plaintiff's credit card account with Household is governed by a written agreement

    that includes a broad arbitration provision.

(c)  The arbitration agreement encompasses the claim that Plaintiff seeks to advance

    in this action.

(d)  Household elects to arbitrate plaintiff's claim in accordance with the parties'

    arbitration agreement.

US1DOCS 4948610v1

(e)    Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, actions governed by such an

arbitration agreement shall, upon application, be stayed until arbitration has been

had.

WHEREFORE, Household Bank moves that the Court enter an Order staying Plaintiff's

claims against Household Bank pending arbitration.

Respectfully submitted,

Dated: January 31, 2005

_/s/Gabrielle R. Wolohojian_____
Gabrielle Wolohojian, BBO # 555704
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000

Christopher R. Lipsett
Shoshana L. Gillers
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
(212) 230-8888

Attorneys for Defendant Household Bank (SB), N.A.

### Rule 7.1 Certificate of Conference

I, Gabrielle R. Wolohojian, hereby certify, pursuant to Local Rule 7.1, that I conferred today, January 31, 2005, with Todd Gordon, counsel for plaintiff, in an attempt to narrow or resolve the issues raised by this motion and that we were unable to do so.

_/s/ Gabrielle R. Wolohojian_____

### Certificate of Service

I, Gabrielle R. Wolohojian, hereby certify that I caused a true and accurate copy of the foregoing document to be served via the electronic docketing service on counsel for each other party this 31st day of January 2005.

_/s/ Gabrielle R. Wolohojian_____