# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**STEVEN S. GOLD, And All Others Similarly Situated,**

**Plaintiffs,**

**Civil Action No. 04-CV-12409**

**v.**

**DANIELS LAW OFFICES, P.C. and HOUSEHOLD BANK (SB), N.A.,**

**Defendants.**

## DECLARATION OF JORY V. BERDAN IN SUPPORT OF DEFENDANT HOUSEHOLD BANK (SB), N.A.'S MOTION FOR STAY OF PROCEEDINGS IN FAVOR OF ARBITRATION

I, Jory V. Berdan, declare and state as follows:

1. My name is Jory V. Berdan. I am over the age of 21 years, have never been convicted of a felony, have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge.

2. I am a Senior Unit Manager, Customer Care for Household Credit Services, Inc. Household Credit Services, Inc., is a corporate affiliate of Household Bank (SB), N.A., ("Household Bank") and provides services to Household Bank in connection with Household Bank's credit card business. Household Bank is a national bank located in Nevada. In my capacity as Senior Unit Manager, Customer Care, I have personal knowledge of Household Bank's business affairs sufficient to make this declaration.

3. In preparing this declaration, I have relied on information contained in Household Bank's records. The documents attached as exhibits, as well as the other documents on which this declaration is based, are business records, made at or near the time by, or from information transmitted by, a person with knowledge and kept in the ordinary course of Household Bank's regularly conducted business activity.

4. Steven S. Gold opened a Household credit card account on or about October 27, 1993. The last four digits of the account number for this credit card are 1892.

5. This credit card account was governed by a document known as a "Cardmember Agreement." From time to time, Household Bank has amended the Cardmember Agreements of its cardholders, pursuant to its amendment authority. The governing Agreement covering Mr. Gold's account as of 2000 was Agreement AG1230, sent to Mr. Gold on or about October 5, 1999 (and again on or about March 3, 2000). A true and correct specimen copy of this Agreement is attached hereto as Exhibit A. Mr. Gold used his account to make purchases after receipt of AG1230.

6. As part of the regular course of business, Household Bank maintains computerized customer information files for all of its current cardholders. These files contain notations regarding Household Bank's contacts with cardholders, the cardholders' payment histories, and the status of the cardholders' accounts with Household Bank. In addition, the customer information files list the names and addresses of Household Bank's current cardholders. Household Bank periodically updates this information when communicating with cardholders regarding the servicing of their accounts or when cardholders notify Household Bank that their address or name has been changed. If the Post Office returns a cardholder's

statement or other Household Bank mailing to Household Bank as undeliverable, Household Bank makes a notation in that cardholder's customer information file.

7. Household Bank followed its regular amendment procedure, when, on or about June 26, 2000, a notice was sent to Mr. Gold amending the terms of the Cardmember Agreement. That change in terms provides that "any claim, dispute, or controversy" between Mr. Gold and the bank is to be resolved by arbitration. A true and correct specimen copy of that change in terms is attached hereto as Exhibit B.

8. Household Bank's customer files indicate that the arbitration change in terms was mailed to Mr. Gold at his billing address. Both prior to and subsequent to that time, Household Bank sent Mr. Gold account statements for his account to this address. According to his customer information files, these account statements were not returned as undeliverable.

9. Mr. Gold continued to make purchases on his account and to make use of credit extended by Household Bank following September 10, 2000, the effective date of the arbitration amendment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28 day of January, 2005 in Monterey County, California.

[signature]
Jory V. Berdan

US1DOCS 4945083v3

# Exhibit A

**CHANGE OF NAME, ADDRESS, TELEPHONE NUMBER OR EMPLOYMENT**
You agree to give us prompt notice of any change in your name, mailing address, telephone number or place of employment.

**STOP PAYMENT**
The enclosed sheet entitled "Important Information Regarding Your Account" indicates the Stop Payment fee. You may stop payment on a credit card check by notifying us in writing at P.O. Box 80082, Salinas, CA 93912-0082 or by calling us at the telephone number listed on the billing statement. When you write, include the number, payee, amount, and date of the credit card check on which payment is to be stopped. If you call, you must confirm the call in writing within 14 days. A written stop payment will remain in effect for six months unless renewed in writing.

**FOREIGN TRANSACTIONS**
If you incur a charge in a foreign currency, the charge will be converted by MasterCard International Incorporated into a U.S. dollar amount. They will use the procedures in effect at the time that the transaction is processed. Currently the currency conversion rate to be used is either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date, increased by one percent in each case. The currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

**APPLICABLE LAW**
This Agreement and your Account will be governed by federal law and the laws of the state of Nevada, whether or not you live in Nevada and whether or not your Account is used outside Nevada. This Agreement is entered into in Nevada and all credit under this Agreement will be extended from Nevada. All terms and conditions of this Agreement including change of terms or applicable law provisions, the Finance Charge, late charge, returned check charge, overlimit fee and research charges provided for in this Agreement are deemed to be interest under this Agreement and material to the determination of the Finance Charge.

**ASSIGNMENT OF ACCOUNT**
We may sell, assign or transfer your Agreement and Account or any portion thereof without notice to you. You may not sell, assign or transfer your Account.

**PRIVACY PRACTICES**
You agree that from time to time we may receive credit information concerning you from others, such as stores, other lenders, and credit reporting agencies, and that we may use this information to cancel or suspend your credit privileges under this Agreement even if you are not in default with us. You also agree that we may furnish on a regular basis credit and experience information regarding your Account to others seeking such information, including GM, our affiliates and other third parties. You authorize us to share such information contained on your application with our affiliates and other third parties. You agree that the Department of Motor Vehicles may release your residence address to us, should it become necessary to locate you. You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and to other cardmembers.

**You agree that we may share credit information we obtain about you or your Account with persons related to us by common ownership or affiliated by corporate control. You may prohibit this sharing of credit information by writing to us at P.O. Box 81622, Salinas, CA 93912-1622 and including the name, address, social security number, signature and, if applicable, account number, for each person making the election. Your request will not apply to information relating to your transactions or experiences with us.**

**CREDIT REPORTING**
If you fail to fulfill the terms of your credit obligation, a negative report reflecting on your credit record may be submitted to a Credit Reporting Agency. If any specific information related to your Account transactions or credit experience with us is inaccurate, you may notify us and request us to correct the inaccurate information (after confirmation of the alleged error) reported to any credit reporting agency by writing to us at P.O. Box 98706, Las Vegas, NV 89193.

**WAIVER**
We may choose to delay enforcing or waive any of our rights under this Agreement in certain situations. We can delay enforcing or waive any of our rights without affecting our other rights. If we waive a right, we do not thereby waive the same right in other situations.

**UPDATED FINANCIAL AND OTHER INFORMATION**
Upon request, you agree to promptly give us accurate financial and other information about yourself.

**SEVERABILITY**
If any provision of this Agreement is finally determined to be void or unenforceable under any law, rule or regulation, all other provisions of this Agreement will remain valid and enforceable.

## What To Do If There's An Error In Your Bill

**YOUR BILLING RIGHTS – KEEP THIS NOTICE FOR FUTURE USE**
This notice contains important information about your Account rights and our responsibilities under the Fair Credit Billing Act.

**NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.

If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE**
We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone to whom we furnished credit information about you that you have a question about your bill. And we must tell you the name of anyone to whom we gave this information. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**SPECIAL RULE FOR CREDIT CARD PURCHASES**
If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and

(b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

Household Credit Services, Inc. provides processing services for Household Bank (SB), N.A.

You may write to us at:

*Household Bank (SB), N.A.*

1111 Town Center Drive
Las Vegas, Nevada 89134

Thomas M. Kimble
Executive Vice President

June 1, 1999

Household Bank is a registered mark of Household International, Inc.
The GM Card is a registered mark of General Motors Corporation.
©1999 Household Credit Services, Inc.

GM-AG1230 (6/99)

# The GM Card® and The GM Gold Card® Cardmember Agreement and Disclosure Statement

Please keep this with your important papers.

**AGREEMENT TO TERMS – USE OF ACCOUNT – DEFINITION OF PARTIES**
In this Cardmember Agreement and Disclosure Statement, and the enclosed sheet entitled "Important Information Regarding Your Account" (collectively the "Agreement"), and in your monthly statements, the words "you" and "your" refer to all persons named on the credit card application, Account, credit card or acceptance certificate, the word "Card" means a single credit card or two or more credit cards we have issued to you under this Agreement, the words "we," "us," and "our" refer to Household Bank (SB), N.A., Las Vegas, Nevada and the word "Account" means the open end line of credit we have established for you and which can be accessed by your Card or other means approved by us. You may not use your credit card checks to make payments to us or any of our affiliates.

This Agreement (and any amendments) covers your Account with us, and you and we will be bound by it from the time you receive your Card or Agreement. You agree to use this Account only for personal, family, household or charitable purposes. You may cancel this Account before using it without paying any fees. If your Account is a joint Account, you and your joint Accountholder each promise to pay and are jointly and individually responsible for all amounts due under this Agreement regardless of any divorce or other legal proceedings or any agreement that may affect liability between you. If any of you gives us notice disclaiming liability for amounts owed under this Agreement, we may close the Account. In that event, you may continue to pay the outstanding balance under the terms of this Agreement. However, you will not be able to make any new charges on the Account.

**PROMISE TO PAY**
You promise to pay according to the terms that we require or request for: (a) credit extended by us to you or to anyone whom you permit to use this Account; (b) Finance Charges, late charges, and other administrative charges (e.g., returned check charge, overlimit fee, and research charge) provided in this Agreement; (c) collection costs, and attorneys' fees as permitted by applicable law; and (d) credit in excess of your credit limit that we may extend to you.

**SKIP PAYMENT**
We may allow you, from time to time, to skip a monthly payment. We will notify you when this option is available. If you skip a payment, periodic Finance Charges and insurance premiums, if any, will accrue on your balance in accordance with the Agreement. The requirement that you make a minimum payment each month will resume following your skipped payment.

**EARNINGS**
You are automatically enrolled in The GM Card Earnings Program (also referred to as The GM Card Program) when your Account is opened. We will request that GM make an amount equal to five percent of your eligible purchases available to you in the form of GM Card Earnings for credit toward your purchase or lease of eligible new GM cars and trucks. Only the purchase of goods and services (which are not returned) with The GM Card are eligible to receive or use GM Card Earnings. From time to time, GM may offer special promotions to provide additional opportunities to receive GM Card Earnings. Cash Advances or the use of Balance Transfer or Convenience Checks are not eligible to receive GM Card Earnings. GM Card Earnings may be accumulated for a maximum of seven years.

You understand The GM Card Earnings Program is offered by General Motors Corporation ("GM") and is subject to The GM Card Earnings Program Rules. GM is not a party to this Agreement and does not participate in any extensions of credit. GM is solely responsible for

The GM Card Earnings Program. We disclaim any liability or responsibility for GM's failure to award or redeem GM Card Earnings. GM Card Earnings may not be applied to the balance on your Account.

The accumulated amount of your GM Card Earnings will appear on your monthly credit card billing statement. GM Card Earnings (up to the amount on your last monthly GM Card billing statement) may be redeemed by calling The GM Card Customer Center via the dealer hotline at the time of purchase or lease. GM Card Earnings may be redeemed only by cardmembers who are not in default under the terms of this Agreement. GM reserves the right to modify or terminate The GM Card Earnings Program at any time.

**MAXIMUM CREDIT LIMIT**

You will not exceed the credit limit that we set for you. You may obtain credit by any means approved by us until the total unpaid balance of your Account reaches your credit limit. At our discretion, we may limit the amount of any type of transaction on your Account, including Cash Advances. You agree that any transaction limitations may change at any time without notice to you as long as the limit is applied to all or a substantial portion of our accounts. Credit card and other forms of access checks may be limited. You agree not to allow your total unpaid balance, including Finance Charges and other charges, to exceed your credit limit established by us from time to time. We are not required to make Cash Advances (including accepting credit card checks or Automated Teller Machine ("ATM") transactions), or extend credit for purchases at your request if you have exceeded your credit limit, but if we do, you agree to pay us that excess amount, any overlimit fee, and applicable Finance Charges, immediately. We are not required to make advances which exceed the amount of your credit limit even if your Account has additional credit available. When you make a payment, your available credit may not reflect that payment for up to 14 days.

**STATEMENTS**

We will send you a statement covering each billing cycle in which you have a balance in excess of $1 showing (as of the billing cycle): (a) payments, credits, purchases, Cash Advances, Finance Charges, and all other charges made to your Account; (b) the minimum payment you must make (called the "Minimum Payment") and the date it is requested; and (c) your available credit.

**PAYMENT**

Each month you must pay us at least the Minimum Payment reflected on your statement. We must receive the Minimum Payment within 25 days after the close of the billing cycle ("Payment Due Date"). If you wish, you may pay more than the Minimum Payment and at any time you may pay the entire amount owed (called "New Balance"). For the amount of your Minimum Payment each month, see the enclosed sheet entitled "Important Information Regarding Your Account."

All payments by mail must be made by check or money order. You agree that any payment you make may be returned to you without applying it to your Account and without presentment or protest, for any reason, including if the check or money order is: (1) not drawn on the U.S. Post Office or a financial institution located in the United States; (2) missing a signature; (3) drawn with different numeric and written amounts; (4) restrictively endorsed; (5) post dated; (6) not payable to Household Credit Services, Inc., Household Bank (SB), N.A., The GM Card or The GM Gold Card; (7) not drawn in U.S. dollars on funds on deposit in the U.S.; (8) not paid upon presentment; or (9) drawn on a credit card access or other check issued by Household Bank or its affiliates. You agree to pay any bank or financial institution collection fees we incur for any check payments made in U.S. dollars drawn on a financial institution not located in the United States. All payments under this Agreement must be received at the address specified on your billing statement. **Disputed payments, including those marked "Payment in Full" or otherwise restrictively endorsed must be mailed to the Customer Service address shown on your monthly statement.** We can accept late or partial payments or checks or money orders marked "Payment in Full" or otherwise restrictively endorsed without waiving our right to immediate payment in full or losing any of our rights under this Agreement.

**FINANCE CHARGES**

Finance Charges are the total of (a) periodic Finance Charges and (b) Cash Advance Fee Finance Charges.

(a) Periodic Finance Charges. Periodic Finance Charges are computed by multiplying the Daily Periodic Rate by the Average Daily Balance of your Account and then multiply the result by the number of days in the billing cycle. To obtain the "Daily Balance," we take the beginning debit balance of your Account each day, add any new purchases, Cash Advances (whether in cash, by check, ATM or otherwise), any previous day's periodic Finance Charges, any Cash Advance fees, any late charges, any overlimit fees and other administrative charges (including credit life insurance) and subtract any payments and/or credits. If a debit transaction posts after the beginning of your billing cycle, but the transaction occurred prior to the beginning of your billing cycle, the daily balance will be adjusted to include the transaction amount and any previous day's periodic Finance Charges, for each day the transaction was outstanding prior to the beginning of the current billing cycle. Then we add all the Daily Balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the Average Daily Balance.

The Daily Periodic Rate used to determine your periodic Finance Charge will be a variable rate which may change.

The Spread, Annual Percentage Rate, Daily Periodic Rate and minimum rate of Finance Charge are shown on the enclosed sheet entitled "Important Information Regarding Your Account."

The Daily Periodic Rate for the Customary APR for purchases, Cash Advances, Cash Advances made by credit card check and the Default APR will be 1/365th of the highest Prime Rate(s) published in *The Wall Street Journal* on the first or last day of the month preceding that month in which the billing period ends ("Index") plus the Spread. If *The Wall Street Journal* or the Prime Rate is not published on the first or last day of the month, then the rate will be determined on the next day the Prime Rate is published in *The Wall Street Journal*. The new Daily Periodic Rate is applicable to the billing cycle that ends on or after the first day of the next succeeding month.

An increase in the Prime Rate will increase the applicable Daily Periodic Rate for the Customary and Default APRs which may increase the Finance Charge and the Minimum Payment due on your Account.

You qualify for any special reduced promotional Annual Percentage Rate you may have and the Customary APR as long as a Repricing Event does not occur. Repricing Event means your Minimum Payment is received and posted after the Payment Due Date, the balance of your Account exceeds the credit or cash limit, your payment is returned unpaid for any reason, you are delinquent on any other account you may have, or there is an adverse change in your financial condition. If you fail to meet any of these conditions, your Account will no longer be eligible for the Customary APR and your entire balance may change to the Default APR; at our discretion we may increase any special reduced promotional Annual Percentage Rate to the Customary APR for purchases and Cash Advances made by credit card check before increasing it to the Default APR.

Periodic Finance Charges on purchases begin to accrue on the date of the purchase transaction (including administrative fees) except that no periodic Finance Charges will be incurred on new credit card purchases if the New Balance on every statement is paid in full within 25 days after the close of the previous billing cycle (called your "Grace Period"). For any billing cycle immediately following one for which there was a New Balance that was not paid in full, within 25 days following the close of the previous billing cycle, periodic Finance Charges will be incurred on new purchases from the date of the transaction and on previously billed but unpaid purchases from the beginning of the current cycle.

"Cash Advances" include all advances made by cash advanced over the counter, through an ATM, by check or other "cash-like" transactions which will be determined by us. Periodic Finance Charges on Cash Advances, including advances and purchases made by Balance Transfer and Convenience Checks, will accrue from the date of the Cash Advance transaction until the Cash Advance is paid in full. Periodic Finance Charges on Cash Advances which accrue after the statement date will appear on the next statement.

If periodic Finance Charges are to be assessed, all transactions posted will have periodic Finance Charges initially calculated using the Daily Periodic Rate in effect on the posting date.

(b) Cash Advance Fee Finance Charges. A Finance Charge will be computed on the amount of each Cash Advance as of the date of the transaction. For Cash Advance Fees on your Account, see the enclosed sheet entitled "Important Information Regarding Your Account." Any Cash Advance Fee Finance Charge may increase the actual Annual Percentage Rate.

**MINIMUM FINANCE CHARGE**

There will be a Minimum FINANCE CHARGE of 50¢ for each type of transaction as determined by us. Any Minimum Finance Charge may increase the actual Annual Percentage Rate.

**ANNUAL FEE**

The enclosed sheet entitled "Important Information Regarding Your Account" indicates whether or not your Account is subject to an Annual Fee. If your Account has an Annual Fee, you agree to pay a non-refundable Annual Membership Fee for each year your Account is open in an amount to be set by us from time to time. You agree that the Annual Fee will be charged to your Account.

**LATE CHARGE, RETURNED CHECK CHARGE, AND OVERLIMIT FEE**

See the enclosed sheet entitled "Important Information Regarding Your Account."

You agree that any payment returned unsatisfied for any reason may be reposted to any type of transaction (i.e. Cash Advance, purchase, etc.), and Finance Charges may be reinstated back to the payment date at the APR being charged for that transaction type.

**RESEARCH CHARGE**

You agree to pay $7 for each sales slip copy you request and $5 for each statement copy you request.

**APPLICATION OF PAYMENTS**

Your payments will be allocated in a manner we determine in accordance with applicable law, and may change from time to time.

**CHANGE OF TERMS (Including Finance Charges)**

**SUBJECT TO APPLICABLE LAW, WE MAY CHANGE OR TERMINATE ANY TERM OF THIS AGREEMENT OR ADD NEW TERMS AT ANY TIME, INCLUDING WITHOUT LIMITATION ADDING OR INCREASING FEES, INCREASING YOUR MONTHLY MINIMUM PAYMENT AND INCREASING THE RATE OR AMOUNT OF FINANCE CHARGE, OR CHANGING THE METHOD OF COMPUTING THE BALANCE UPON WHICH FINANCE CHARGES ARE ASSESSED. PRIOR WRITTEN NOTICE WILL BE PROVIDED TO YOU WHEN REQUIRED BY APPLICABLE LAW. CHANGES MAY APPLY TO BOTH NEW AND OUTSTANDING BALANCES. WE MAY ASSIGN YOUR ACCOUNT TO OUR AFFILIATES OR TO SOME OTHER FINANCIAL INSTITUTION AT ANY TIME.**

**DEFAULT AND TERMINATION OF AGREEMENT**

You will be in default under this Agreement upon: (a) your failure to make at least the Minimum Payment when due; (b) your violation of any other provision of this Agreement; (c) your death; (d) your becoming the subject of bankruptcy or insolvency proceedings; (e) your becoming the subject of attachment, foreclosure, repossession, lien, judgment or garnishment proceedings; (f) your failure to supply us with any information we reasonably deem necessary; (g) your supplying us with misleading, false, incomplete or incorrect information; (h) our receipt of information that you are unwilling or unable to perform the terms or conditions of this Agreement; (i) our receipt of information from third parties, including credit reporting agencies, which indicates a serious delinquency or charge-off with other creditors; (j) your default under any other loan or agreement you have with us or any of our affiliates; (k) your moving out of the U.S. or providing us with a non-U.S. mailing address; (l) your becoming incompetent; (m) your exceeding your credit limit; (n) your payment check is returned unsatisfied by your bank or financial institution for any reason; or (o) any credit card check is returned unpaid by us. After your default, your Account balance will continue to accrue Finance Charges at the contract rate. Upon default, we have the right to terminate or suspend your credit privileges under this Agreement, to change the terms of your Account and this Agreement, to require you to pay your entire Account balance including all accrued but unpaid charges immediately, and to sue you for what you owe. You will pay our court costs, reasonable attorneys' fees and other collection costs related to the default to the extent permitted by the law in the state in which you reside. Upon default, we will apply your payments first to attorneys' fees and then to principal and unpaid Finance Charges.

**CREDIT AUTHORIZATIONS**

Some purchases will require our prior authorization, and you may be asked by the merchant to provide identification. If our authorization system is not working, we may not be able to authorize a transaction, even if you have sufficient available credit. We will not be liable to you if any of these events happen. We are not responsible for the refusal of any merchant to accept or honor your Card.

**CARD RENEWAL**

Cards are issued with an expiration date. We have the right not to renew your Card for any reason.

**CARD CANCELLATION**

We can terminate or reduce your credit limit at any time and for any reason, subject to the requirements of applicable law. Balances outstanding under this Agreement when your credit limit is reduced or terminated will continue to accrue Finance Charges until paid in full and are subject to all the terms and conditions of this Agreement. You agree to return to us or destroy your Card(s) and any unused credit card checks, and we will not honor any credit card check written on your Account if we receive the check after your Account is cancelled.

**CLOSING YOUR ACCOUNT**

You can cancel or close your Account by either calling us at (800) 047-1000 or by writing to us at P.O. Box 80062, Salinas, CA 93912-0062. Your notice becomes effective within five days after we receive it. If you cancel the Account, you must immediately pay everything you owe us, including any amounts owed but not yet billed to you. If you do not pay us immediately, outstanding balances will continue to accrue finance and other charges and be subject to the terms and conditions of this Agreement. You also agree to return to us or destroy your Card(s) and any unused credit card checks. We will not honor any credit card check written on your Account if we receive the check after your Account is closed.

**LIABILITY FOR UNAUTHORIZED USE**

You should retain copies of all charge slips until you receive your statement, at which time you should verify that the charges are true and the amounts unaltered. You may be liable for the unauthorized use of your credit card. You will not be liable for unauthorized use that occurs after you notify us of the loss, theft or possible unauthorized use. Notification must be given by writing us immediately upon learning of the loss, theft or possible unauthorized use at P.O. Box 80055, Salinas, CA 03912-0055 or calling us at (800) 374-0001. In any case, your liability for unauthorized use of your credit card will not exceed $50. However, unauthorized use does not include use by a person to whom you have given the credit card or authority to use the Account, and you will be liable for all use by such a user. To terminate this authority, you must retrieve the credit card from the previously authorized user and return it to us at the address mentioned above along with a letter explaining why you are doing so.

**SECURITY**

We are extending you an unsecured line of credit. We therefore waive any security interest that might arise under this Agreement due to language in other loan agreements you may have with us.

**LOST OR STOLEN CREDIT CARD CHECKS**

You agree to notify us immediately if any credit card checks are lost or stolen. You may notify us by calling (800) 374-0001.

# Exhibit B

# IMPORTANT INFORMATION

The following amendments to your Cardmember Agreement and Disclosure Statement are effective 9/10/2000. Please keep this in a safe place with your Cardmember Agreement and Disclosure Statement.

**ANNUAL FEE**

If your Account has an Annual Fee, you should know that the Annual Fee compensates Household Bank, the issuer of The GM Card, in part, for cardmember services provided or made available to you throughout the membership year which includes but is not limited to the right of the cardmember to access customer care staff, the right of the cardmember to withhold payment of disputed charges; and the processing and mailing of the monthly billing statement.

**FOREIGN TRANSACTIONS**

If you effect a transaction with your MasterCard* in a currency other than U.S. dollars, MasterCard International Incorporated will convert the charge into a U.S. dollar amount. MasterCard International will use its currency conversion procedures, which are disclosed to institutions that issue MasterCard credit cards. Currently the currency conversion rate used by MasterCard International to determine the transaction amount in U.S. dollars for such transactions is generally either a government-mandated rate or a wholesale rate determined by MasterCard International for the processing cycle in which the transaction is processed, increased by an adjustment factor established from time to time by MasterCard International. We increase the currency conversion rate by 2%. The currency conversion rate used on the processing date may differ from the rate that would have been used on the purchase date or cardmember statement posting date.

**INFORMATION SHARING WITH AFFILIATES**

**You agree that Household Bank (SB), N.A. ("we" or "us") may share credit information we obtain about you or your Account with persons related to us by common ownership or affiliated by corporate control. You may prohibit the sharing of credit information by writing to us at P.O. Box 81622, Salinas, CA 93912-1622 and including the name, address, social security number, signature, and, if applicable, account number for each person making the election. Your request will not apply to information relating to your transactions or experiences with us.**

**ARBITRATION**

You agree any claim, dispute, or controversy (whether based upon contract; tort, intentional or otherwise; constitution; statute; common law; or equity and whether pre-existing, present or future), including initial claims, counter-claims, cross-claims and third party claims, arising from or relating to this Agreement or the relationships which result from this Agreement, including the validity or enforceability of this arbitration clause, any part thereof or the entire Agreement ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator selected at the time the Claim is filed. The party initiating the arbitration proceeding shall have the right to select one of the following three arbitration administrators: the National Arbitration Forum ("NAF"), the American Arbitration Association ("AAA") or JAMS. The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. The rules and forms of the NAF, AAA and JAMS may be obtained by writing to or calling these organizations at the addresses and/or telephone numbers listed below. Our address for service of process under this provision is Household Credit Services, Inc., P.O. Box 98740, Las Vegas, NV 89193-8740.

Any participatory arbitration hearing that you attend will take place in the city nearest to your residence where a federal district court is located or at such other location as agreed by the parties. On any Claim you file, you will pay the first $50 of the filing fee. At your request we will pay the remainder of the filing fee and any administrative or hearing fees charged by the arbitration administrator on any Claim submitted by you in arbitration up to a maximum of $1,500. If you are required to pay any additional fees to the arbitration administrator, we will consider a request by you to pay all or part of the additional fees; however, we shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator grants an award in your favor, we will reimburse you for any additional fees paid or owed by you to the arbitration administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in your favor. The parties shall bear the expense of their respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the arbitration administrator, these statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in our favor you will not be required to reimburse us for any fees we have previously paid to the arbitration administrator or for which we are responsible.

This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). The arbitrator shall apply applicable substantive law consistent with the FAA and provide written reasoned findings of fact and conclusions of law. The arbitrator's award shall not be subject to appeal except as permitted by the FAA. The parties agree that the award shall be kept confidential. Judgment upon the award may be entered in any court having jurisdiction.

This arbitration agreement shall survive termination of your Account as well as the repayment of all amounts borrowed hereunder. If any portion of this arbitration agreement is deemed invalid or unenforceable under any law or statute consistent with the FAA, it shall not invalidate the remaining portions of this arbitration agreement or the Agreement. In the event of a conflict or inconsistency between the rules and procedures of the arbitration administrator and this arbitration agreement, this arbitration agreement shall govern. No class actions or joinder or consolidation of any Claim with the claim of any other person are permitted in arbitration without the written consent of you and us.

**THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.**

You may contact, obtain the arbitration rules of, or file a Claim with NAF, AAA, or JAMS as follows:

| National Arbitration Forum | American Arbitration Association | JAMS |
|---|---|---|
| P.O. Box 50191 | 1150 Connecticut Ave, NW, 6th Floor | 45 Broadway |
| Minneapolis, MN 55405 | Washington, DC 20036-4104 | New York, NY 10005 |
| (800) 474-2371 | (800) 925-0155 | (800) 352-5267 |
| www.arb-forum.org | www.adr.org | www.jamsadr.com |
| Code of Procedure | Arbitration Rules for Consumer Related Disputes (Claims under $10,000). Commercial Arbitration Rules (all other claims). | Financial Services Arbitration Rules and Procedures. |

## The GM Card® gives you the choice.

The GM Card makes available to cardmembers like you valuable products and services offered by third parties. However, we recognize that you may not want to receive these kinds of mailings or phone calls.

## SPECIAL PRODUCTS AND SERVICES

The GM Card will not consider a company that won't guarantee total satisfaction. All products and services are offered with complimentary trial periods plus a money back guarantee. If you do not want to receive these special offers, just fill in the form and return to us at the address on the other side, and we'll make sure your name is removed from all future mailings and/or solicitations.*

If you would like to receive these special offers, but have a telephone number or address correction, please notify us of the correction by calling 800-947-1000.

*It may take up to 10-12 weeks to process your reply.

The GM Card
P.O. Box 80046
Salinas, CA 93912-0046

PRST STD
U.S. Postage
PAID
Household Bank

**IMPORTANT INFORMATION FOR OUR CUSTOMERS**

Sample A. Sample
1234 Any Street
Any Town, ST 12345-0000

## *SPECIAL OFFER OPTIONS*

Please check all that apply:

- ☐ Please do not send me direct mail about special offers from third parties.
- ☐ Please do not call me about special offers from third parties.
- ☐ Please do not e-mail me about special offers from third parties.

PLEASE COMPLETE THIS FORM AND RETURN TO:

The GM Card
P.O. Box 80082
Salinas, CA 93912-0082

<Short Account>