# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**STEVEN S. GOLD, And All Others Similarly Situated,**

        **Plaintiffs,**

**v.**

**DANIELS LAW OFFICES, P.C. and HOUSEHOLD BANK (SB), N.A.,**

        **Defendants.**

Civil Action No. 04-CV-12409

## DEFENDANT HOUSEHOLD BANK (SB), N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 and Federal Rules of Civil Procedure 7.1, Defendant Household Bank (SB), N.A. submits this corporate disclosure statement.

Household Bank (SB), N.A. is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly owned subsidiary of HSBC Holdings plc,

a United Kingdom corporation. HSBC Holdings plc shares are traded in the United States as American Depository Shares on the New York Stock Exchange.

                                            Respectfully submitted,

                                            WILMER CUTLER PICKERING HALE
                                            AND DORR LLP

Dated: January 31, 2005                   /s/Gabrielle R. Wolohojian

                                            Gabrielle Wolohojian, BBO # 555704
                                            WILMER CUTLER PICKERING HALE
                                            AND DORR LLP
                                            60 State Street
                                            Boston, Massachusetts 02109
                                            (617) 526-6000
                                            (617) 526-5000

                                            Christopher R. Lipsett
                                            Shoshana L. Gillers
                                            WILMER CUTLER PICKERING HALE
                                            AND DORR LLP
                                            399 Park Avenue
                                            New York, New York 10022
                                            (212) 230-8800
                                            (212) 230-8888

                                            Attorneys for Defendant Household Bank (SB), N.A.

### Certificate of Service

    I, Gabrielle R. Wolohojian, hereby certify that I caused a true and accurate copy of the foregoing document to be served via the electronic docketing service on counsel for each other party this 31st day of January 2005.

                                            /s/Gabrielle R. Wolohojian
                                            Gabrielle R. Wolohojian