# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**STEVEN S. GOLD, And All Others Similarly Situated,**

        Plaintiffs,        Civil Action No. 04-CV-12409

v.

**DANIELS LAW OFFICES, P.C. and HOUSEHOLD BANK (SB), N.A.,**

        Defendants.

## ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEFS

Defendants Household Bank (SB), N.A. and Daniels Law Offices, P.C., hereby move for leave to file reply briefs in response to plaintiff's Opposition to the defendants' motions to stay in favor of arbitration. In support of this motion, defendants state that the plaintiff's opposition raises new issues (including constitutional arguments) that defendants did not have an opportunity to address in their opening papers.

Because of the vacation schedule of counsel for the Daniels Law Offices, defendants seek leave to file their reply briefs on March 8, 2005.

Wherefore, defendants respectfully request that the Court enter an order permitting them to each file a reply brief by March 8, 2005.

Respectfully submitted,

Defendant Household Bank (SB), N.A.

By its attorneys,

   /s/Gabrielle R. Wolohojian_____

Gabrielle Wolohojian, BBO # 555704
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000


Christopher R. Lipsett
Shoshana L. Gillers
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
(212) 230-8888

Daniels Law Offices, P.C.

 By its attorneys,

 _/s/Joseph S. Berman_ (by GRW w/assent)_
 Joseph S. Berman, BBO # 566006
 BERMAN & DOWELL
 210 Commercial Street
 Boston, MA  02109
 (617) 723-9911

**Rule 7.1 Certificate of Conference**

 I, Gabrielle R. Wolohojian, hereby certify, pursuant to Local Rule 7.1, that I conferred on several occasions, including on February 118, 2005, with Todd Gordon, counsel for plaintiff, concerning the subject of this Motion and counsel were able to resolve all issues, resulting in the filing of an assented-to motion.

                __/s/_Gabrielle R. Wolohojian____

**Certificate of Service**

 I, Gabrielle R. Wolohojian, hereby certify that I caused a true and accurate copy of the foregoing document to be served via the electronic docketing service on counsel for each other party this 18th day of February 2005.

                __/s/Gabrielle R. Wolohojian_____
                Gabrielle R. Wolohojian