# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN S. GOLD, And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DANIELS LAW OFFICES, P.C. and HOUSEHOLD BANK (SB), N.A.,<br><br>Defendants. | Civil Action No. 04-CV-12409 |

### DEFENDANT HSBC BANK NEVADA, N.A.'S JOINDER
### IN PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

HSBC Bank Nevada, N.A.(formerly, Household Bank (SB), N.A.) ("Household"), while opposing the substantive arguments made by plaintiff, joins in his request for oral argument on defendants' motions to stay in favor of arbitration.

        Respectfully submitted,

        HSBC Bank Nevada, N.A.
        (formerly Household Bank (SB), N.A.)

        By its attorneys,

        _____/s/_Gabrielle R. Wolohojian_____
        Gabrielle R. Wolohojian, BBO # 555704
        WILMER CUTLER PICKERING HALE
        AND DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000
        (617) 526-5000

Christopher R. Lipsett
Shoshana L. Gillers
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
(212) 230-8888

**Certificate of Service**

    I, Gabrielle R. Wolohojian, hereby certify that I caused a true and accurate copy of the foregoing document to be served via the electronic docketing service on counsel for each other party this 24$^h$ day of March, 2005.

       /s/Gabrielle R. Wolohojian_____
       Gabrielle R. Wolohojian

US1DOCS 5030972v1