## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Steven S. Gold**

Plaintiff

              V.

Daniels Law Office, P.C., et al

Defendant

CIVIL ACTION

NO. 04-12409-NG

### SETTLEMENT ORDER OF DISMISSAL

Gertner, D. J.

The Court having been advised on July 1, 2005 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

7/8/05  
Date

s/Maryellen Molloy  
Deputy Clerk

(60 DISM GOLD 7-05.wpd - 12/98)                                                                              [stlmtodism.]