UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN S. GOLD<br>And All Others Similarly Situated,<br>   Plaintiffs<br><br>   v.<br><br>DANIELS LAW OFFICES, P.C. and<br>HOUSEHOLD BANK (SB), N.A.<br><br>   Defendants | Civil Action No.<br>04-12409 NG |

### MOTION TO EXTEND TIME WITHIN WHICH PARTIES MAY MOVE TO REOPEN ACTION

Now comes Plaintiff, Steven S. Gold ("Plaintiff") and hereby moves to extend the time within which the parties in the above-captioned matter may move to reopen this action. In support of this Motion, Plaintiff states as follows:

1.     On July 8, 2005, this Court entered a Settlement Order of Dismissal ("the Order of Dismissal"). In the Order of Dismissal, the Court dismissed this action "without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated."

2.     The sixty (60) days expire on Tuesday, September 6, 2005.

3.     Plaintiff respectfully requests that the Court extend the time within which the parties may move to reopen this case for a period of 14 days from September 6, 2005 to September 20, 2005.

4.	As grounds for this Motion, the Plaintiff states that the parties are involved in ongoing settlement discussions and likely will not be able to consummate a settlement before the sixty (60) days expire on September 6, 2005.

WHEREFORE, Plaintiff, Steven S. Gold respectfully requests that the Court extend the time within which the parties may reopen this case for a period of 14 days from September 6, 2005 to September 20, 2005 and grant such other and further relief as is just.

>	Respectfully submitted,
>
>	STEVEN S. GOLD
>
>	By his attorneys
>
>	/s/ Todd B. Gordon
>	Stephen F. Gordon (BBO No. 203600)
>	Todd B. Gordon (BBO No. 652482)
>	Gordon Haley LLP
>	101 Federal Street
>	Boston, Massachusetts 02110
>	Tel:	(617) 261-0100
>	Fax:	(617) 261-0789
>	email:	sgordon@gordonhaley.com
>		tgordon@gordonhaley.com
>
>	and
>
>	/s/ Steven A. Munson
>	PHILIP J. HENDEL, ESQ.
>	 (BBO# 230080)
>	STEVEN A. MUNSON, ESQ.
>	 (BBO# 657892)
>	 HENDEL & COLLINS, P.C.
>	 101 State Street
>	 Springfield, MA  01103
>	 Tel. (413) 734-6411

Dated: September 2, 2005

P:\Clients\Gold\Plead\Mot to extend.doc