IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**STEVEN S. GOLD, And All Others Similarly Situated,**

       Plaintiffs,        Civil Action No. 04-CV-12409

v.

**DANIELS LAW OFFICES, P.C. and HOUSEHOLD BANK (SB), N.A.,**

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Steven S. Gold ("Gold"), and defendants Household Bank (SB), N.A. and Daniels Law Offices, P.C., hereby stipulate to dismiss with prejudice all claims that were or could have been asserted by Gold, each side to bear its own costs and attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

Plaintiff Steven S. Gold

By his Attorneys,

 /s/Todd B. Gordon
Stephen F. Gordon, BBO #203600
Todd B. Gordon, BBO #652482
Gordon Haley LLP
101 Federal Street
Boston, MA 02110
(617) 261-0100
(617) 261-0789

   /s/ Steven A. Munson_____
Philip J. Hendel, BBO #230080
Steven A. Munson, BBO #657892
Hendel & Collins, PC
101 State Street
Springfield, MA 01103
(413) 734-6411
(413) 734-8069

Defendant Household Bank (SB), N.A.

By its attorneys,

   /s/Gabrielle R. Wolohojian_____
Gabrielle Wolohojian, BBO # 555704
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000

Daniels Law Offices, P.C.

By its attorneys,


/s/Joseph S. Berman_____
Joseph S. Berman, BBO # 566006
BERMAN & DOWELL
210 Commercial Street
Boston, MA  02109
(617) 723-9911


**SO ORDERED** this \_\_\_\_\_ day of September, 2005


_____
United States District Court Judge

-2-